

# Fourth Court of Appeals
## San Antonio, Texas

July 1, 2022

No. 04-21-00327-CV

**NETFLIX, INC.**; Netflix Worldwide Entertainment, LLC; Kyoko Miyake; Sarit G. Work; Samantha Knowles; Kate Gill; Jigsaw Productions, LLC; Muddy Waters Productions LLC; Alex Gibney; Philip Ross; Jo Ann Rivera; Laura A. Martinez; Brittany A. Martinez; Michelle C. Martinez; and Jose H. Martinez,
Appellants

v.

Tonya **BARINA**,
Appellee

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2021CI04501
Honorable Cathleen M. Stryker, Judge Presiding

# O R D E R

The most recent oral argument submission date was scheduled on June 28, 2022.

That date was continued for a future submission date. On further consideration, we set this case for submission on briefs. *See* TEX. R. APP. P. 39.1(d). All requests for oral argument are **denied**.

The cause is set for submission on briefs on July 22, 2022, before the following panel: Justice Patricia O. Alvarez, Justice Irene Rios, and Justice Beth Watkins.

It is so **ORDERED** on July 1, 2022.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ,
CLERK OF COURT